-

-

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 12 2007

DAVID J. MALAND, CLERK
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| -vs.- | § § § | Criminal No. 4:07cr 168<br>Judge Crone |
| BILLY CHANDLER | § | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Violation: 29 U.S.C. § 501(c)
(Embezzlement of Assets)

Between in or about January 2004 and in or about May 2007, in the Eastern District of Texas, the defendant, **BILLY CHANDLER**, while an officer, that is, Secretary Treasurer of National Association of Letter Carriers Branch 4065, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use moneys, funds, securities, property, and other assets of this labor organization in the approximate amount of $31,947.93, in violation of Title 29, United States Code, Section 501(c).

Respectfully submitted,

JOHN L. RATCLIFFE
Acting United States Attorney

_____
Shamoil T. Shipchandler
Assistant United States Attorney
101 East Park Boulevard, Suite 500
Plano, Texas 75074
tel: (972) 509-1201
fax: (972) 509-1209

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs.- | § | Criminal No. 4:07cr |
| | § | Judge |
| BILLY CHANDLER | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:    Title 29, United States Code, Section 501(c)

Penalty:    Not more than five years imprisonment, a fine not to exceed $250,000, or twice any pecuniary gain to Defendant or gross loss to any victim(s) or both; supervised release of not more than three years.

Special Assessment:    $100.00